UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
MELISA YORK,

        Plaintiff,

      - against –

CATHOLIC GUARDIANS; HOLY NAME
OF MARY CATHOLIC SCHOOL; CITY
OF NEW YORK; NEW YORK OFFICE OF
CHILDREN AND FAMILY SERVICES;
and JOHN and JANE DOES 1-10
WHOSE IDENTITIES ARE PRESENTLY
UNKNOWN TO PLAINTIFF, IN THEIR
OFFICIAL CAPACITIES,

        Defendants.

------------------------------X

**ORDER**

23 Civ. 5971 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, on July 12, 2023 defendant Holy Name of Mary Catholic School filed a notice of removal from the Supreme Court of New York County to this Court, (ECF No. 1);

    WHEREAS, on July 13, 2023, this case was transferred to the United States Bankruptcy Court for the Southern District of New York, pursuant to a standing order issued by then-Acting Chief Judge Preska on January 31, 2012, stating, in part, that "any and all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district," and this case was closed, (ECF No. 4);

    WHEREAS, on August 11, 2023, plaintiff filed a motion to

remand this case to state court, (ECF No. 8);

WHEREAS, a review of the docket in the Bankruptcy Court demonstrates that the parties are actively litigating the case before the Bankruptcy Court, including the remand motion filed in this Court; it is hereby

**ORDERED** that all applications must be made to the Bankruptcy Court.  The Clerk of Court is respectfully ordered to terminate the motion at ECF No. 8.


Dated:    January 3, 2024
          New York, New York


_____
     NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

-2-